UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN DE LEON,

    Plaintiff,

v.                                              Case No: 8:16-cv-3227-T-35AEP

MAGNUM COATINGS, INC. and ERIC T. GORDON,

    Defendants.

## DEFAULT FINAL JUDGMENT

THIS CAUSE having come before the Court on Plaintiff Brian De Leon's Motion for Default Final Judgment Against Defendants and Incorporated Memorandum of Law, and the Court, having examined the pleadings on file and having found that a default has been entered against the Defendants, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Final Default Judgment is hereby **GRANTED** against the Defendants **MAGNUM COATINGS, INC**. and **ERIC T. GORDON**.

2. The Court has jurisdiction over the subject matter hereof and the parties hereto, and the equities herein are with the Plaintiff. All necessary parties have been served, and proof of such service is in the court file.

3. Plaintiff Brian De Leon, shall recover, jointly and severally, from Defendants MAGNUM COATINGS, whose last known address is c/o Eric T. Gordon, 802 Lumsden Reserve Drive, Brandon, FL 33511 and ERIC T. GORDON whose last known address is 802 Lumsden Reserve Drive, Brandon, FL

    33511, the sum of Four Thousand Three Hundred dollars ($4,300.00), plus prejudgment interest in the amount of $61.66 (due on Count Two from the dates of August 30, 2016 through February 15, 2017) and post-judgment interest a rate of 4.97% or the current rate at the time final judgment is entered.

4. It is further ordered and adjudged that Defendants, MAGNUM COATINGS, INC. and ERIC T. GORDON individually, shall complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments, and serve it on Plaintiff's attorney, within 45 days from the date of this final judgment, unless the final judgment is satisfied or post-judgment discovery is stayed.

5. This Court further reserves jurisdiction to enter further orders as it deems appropriate, including without limitation, to compel Defendants MAGNUM COATINGS, INC. and ERIC T. GORDON, individually, to complete Florida Rule of Civil Procedure Form 1.977, including all required attachments, and to serve it on Plaintiff's attorney.

6. The Clerk of Court is directed to enter judgment against the Defendants and **CLOSE** this case.

    **DONE and ORDERED** in Tampa, Florida this 26th day of May, 2017.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party